JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OROZCO RODRIGUEZ, | Case No. 5:22-cv-02070-MCS-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1–10, inclusive, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 24, 2023

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1